UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
CAROLYN BARKER,                   :
                                  : CIVIL ACTION NO. 3:18-cv-1299
       Plaintiff,                 :
                                  : (JUDGE CONABOY)
       v.                         :
                                  :
COMENITY BANK,                    :
                                  :
       Defendant.                 :
                                  :
```

FILED
SCRANTON
AUG 0 1 2018
Per_____
DEPUTY CLERK

### ORDER

Because the Court granted Defendant's Uncontested Motion to Stay in Favor of Arbitration (Doc. 7) by Order of July 26, 2018 (Doc. 8); and

Because the case is now stayed; and

Because the current procedural posture indicates the case is appropriately administratively closed pending the outcome of arbitration,

**NOW, THEREFORE, THIS** _____1st_____ **DAY OF AUGUST 2018**, the Clerk of Court is directed to administratively close this case for statistical purposes without prejudice to either party to the right to reopen the case if deemed necessary.

_____
RICHARD P. CONABOY
United States District Judge