# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carolyn Barker,<br>    Plaintiff | Docket 3:18-cv-01299-RPC |
| v. | |
| Comenity Bank,<br>    Defendant | FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

Please dismiss this action with prejudice and without cost to either party.

s/ Brett Freeman

Brett Freeman
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000
Facsimile (570) 504-2769
Email: bfecf@bankruptcypa.com
Bar Number: PA 308834
